IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| STATE OF ARKANSAS | * | |
| | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:09CM00030   SWW |
| BENJAMIN L. EAGLE and | * | |
| OLANDIS MOORE | * | |
| | * | |
| Defendant | * | |

## ORDER

Petitioners Benjamin L. Eagle and Olandis Moore, proceeding *pro se*, filed a notice of removal (docket entry #1) seeking to remove criminal charges pending against them from the jurisdiction of the Pulaski County Circuit Court to this federal court.   Now before the Court is Petitioners' motion asking the Court to reconsider its order remanding the criminal action back to state court.  The Court has carefully reviewed the motion and finds no basis for reconsideration. Accordingly, the motion (docket entry #9) is DENIED.

IT IS SO ORDERED THIS 13TH   DAY OF JULY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE